## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DELAWARE VALLEY FINANCIAL GROUP,     : CIVIL ACTION
INC., DELAWARE VALLEY FINANCIAL      :
GROUP, LLC, DVFG ADVISORS, LLC.,     :
MICHAEL FEINMAN, HOWARD SOLOWAY,     : NO. 08-CV-2590
DAVID BLEZNAK, and JOHN DOES 1       :
through 20 similarly situated        :
                                     :
         vs.                         :
                                     :
PRINCIPAL LIFE INSURANCE COMPANY     :
and PRINCOR FINANCIAL SERVICES       :
CORPORATION                          :
```

### ORDER

AND NOW, this     1st     day of June, 2009, upon consideration of Plaintiffs' Motion for Preliminary Injunction (Docket No. 15) and the evidence and arguments presented, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,     J.